3027344 -RTV/BAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY PONTANINI and ANGELA PONTANINI, <br><br> Plaintiff, <br><br> v. <br><br> NORTHFIELD INSURANCE COMPANY, an Iowa corporation, <br><br> Defendant. | No: |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, NORTHFIELD INSURANCE CO., ("Northfield"), by its attorneys SmithAmundsen, LLC, pursuant to 28 USC §1441, *et. seq.* and 28 U.S.C. §1332, for its Notice of Removal of the captioned suit, states as follows:

1. On June 10, 2015, a "Third Amended Complaint at Law" ("Third Amended Complaint") entitled *Anthony Pontanini and Angela Pontanini v. Northfield Insurance Company and Gerald J. Horn, Inc. d/b/a Horn-McGowan Insurance Agency* was filed by Anthony and Angela Pontanini against Northfield in the Circuit Court of Cook County, Illinois, County Department, Law Division, Court No. 14 L 3123.

2. On June 12, 2015, the Pontaninis effected service of process of the aforesaid Third Amended Complaint on the Illinois Department of Insurance ("Department"). The Department mailed the Complaint to Northfield on June 17, 2015, and Northfield received the Third Amended Complaint on June 22, 2015. A true and correct copy of the Summons and Third Amended Complaint served on Northfield are attached hereto as Exhibit 1, incorporated herein

by reference and constitute all process, pleadings and orders served upon Northfield in said action.

3. In their Third Amended Complaint, the Pontaninis seek to recover $4.75 million from Northfield, plus post-judgment interest and all costs of the lawsuit. (Exhibit 1 at 9, ¶38.)

4. The Pontaninis are and were at all times relevant hereto citizens of the State of Illinois.

5. Northfield is and was at all times relevant hereto a corporation incorporated under the laws of Iowa with its principal place of business in Hartford, Connecticut.

6. The state court action can be properly removed pursuant to 28 USC §1441(b) and 28 U.S.C. §1332(1)(a) in that this court has jurisdiction based on the complete diversity of citizenship of the parties and on the fact that the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. The Pontaninis' original Complaint sought damages from Northfield's insured, Advanced Equipment Service, Inc. ("AESI"), for bodily injuries and loss of consortium. A copy of the original Complaint is attached hereto as Exhibit 2.

8. On January 29, 2015, the Pontaninis and AESI entered into a "Settlement Agreement, Assignment of Causes of Action and Rights [under Northfield's policy] and Covenant Not To Execute Judgment," a copy of which is attached to the Third Amended Complaint.

9. The Third Amended Complaint is the Pontanini's first pleading against Northfield; it raises a separate and distinct cause of action from the original Complaint, based on the Northfield insurance contract. It is in the nature of garnishment. Both AESI and the Horn-

McGown Agency, which is identified as a "defendant" in the caption of the Third Amended Complaint, have been dismissed. Northfield is the sole remaining defendant.

10. Northfield will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, based upon the grounds for removal set forth above, Defendant Northfield Insurance Company has filed this Notice of Removal, removing the instant action from the Circuit Court of Cook County, Illinois to this court.

Respectfully submitted and signed pursuant to FRCP 11,

NORTHFIELD INSURANCE COMPANY

By:   s/Richard T. Valentino
One of Its Attorneys

### CERTIFICATE OF SERVICE

Richard T. Valentino, an attorney, certifies that he served the foregoing Notice of Removal upon counsel for Anthony Pontanini and Angela Pontanini, Norman J. Barry, Jr., Donohue Brown Mathewson & Smyth, 140 S. Dearborn St., Suite 800, Chicago, IL, 60603, by U.S. Mail on this 13th day of July, 2015.

s/Richard T. Valentino

Richard T. Valentino, Esq. (#6188317)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
FAX: (312) 894-3210